### 22976.  SPIRES *v.* THE STATE.

GUERRY, J.   The trial judge did not err in dismissing the motion for new trial for the reason that no brief of evidence had been filed in the time required by his order.

*Judgment affirmed. Broyles, C. J., and MacIntyre, J., concur.*

DECIDED APRIL 20, 1933.

*William B. Kent,* for plaintiff in error.
*M. H. Boyer, solicitor-general,* contra.